RE: Writ No. WR-77,063-01
77,063-01

Style: MR. Derek Briggs
Trial CT NO: W09-71794-H (A)

I am A MHMR Patient at Gib Lewis unit constantly cutting my arms up the whole T.D.C.J. administration I done wrote about me hearing voices in my head, but to no avail does they reach out to help me -- only with a lot of medication. I'm sick and really want inpatient treatment Long term. I tried back in 3-7-2012 to appeal my conviction --- because I didn't get A mental Health Evaluation, in DALLAS County. I need to be at A State Hospital for Prisoners until they get me right for Parole -- My charge is Non-Aggravated I got 5½ did on A 20 year Sentence. I'm getting worse -- but I'm Human. How would God judge these People. Please MRS. Louise Pearson help me --- I have no Family support since my Granny and mom passed 10-20-12 & 1-14-13. Even when I write Grievances on Psych Department and T.D.C.J. officials the Warden want answer them with A response as the Law states -- So what's left to do besides contemplating death --- I have nobody's help. I don't get mail, and I don't know how to do Law work .. I have wrote organizations, Attorneys, Attorney General Civil Rights Division --- and I tried to file A LAWsuit myself but the court Address for Tyler county I believe was wrong I got from the Law Library. Everybody Here is against me because I cut so much. But if I make it out of Prison -- one day I'm going on A TalK show to tell my Story of life at Gib Lewis -- where the officers give me razors to cut just so they can use 2 or 3 cans of Gas on me ... Help me Please -- tell me if it's anything I can do to get my sentence modifyed or get the court to help me get in A State Hospital or A Mental Health unit in T.D.C.J. But I got to get out of this small cell at Gib Lewis or I feel they Will be toteing me out Soon ... Just please Ask yourself WWJD. Sincerely Derek Lamont Briggs

P.S. I attached some of the Stuff I'm going through

## EMR Medication Print Pass
*Active Medications From 08/05/2015 to 08/06/2015*
*LEWIS (GL)*

HSE 120

**ALLERGIES:**
BENZODIAZEPINES | BUTYROPHENONES

---

**PATIENT: BRIGGS, DEREK    MRN: 1666858    DOB: 10/20/1980    HOUSING: HSE 2 CELL 16**

---

**DIPHENHYDRAMINE 50MG CAPSULE**                                    Rx ID: 19619052
2 CAPS ORAL EVERY EVENING FOR 30 DAYS.                              REFILLS: 0 / 11
RX DATE: 08/05/2015 11:06 AM          RUN START DATE: 08/05/2015 11:05 AM          RUN END DATE: 09/04/2015 11:05 AM
ORDERING FACILITY: LEWIS (GL)                                       EXPIRATION DATE: 07/30/2016 11:05 AM
ORDERING PROVIDER: DANIEL, VIVI S M.D.
MEDICATION STATUS: ACTIVE                                           ENTRY USER: DANIEL, VIVI S M.D.

---

**DIVALPROEX SOD 500MG EC TABLET**                                  Rx ID: 19619063
5 TABS ORAL EVERY EVENING FOR 30 DAYS.                             REFILLS: 0 / 11
RX DATE: 08/05/2015 11:06 AM          RUN START DATE: 08/05/2015 11:05 AM          RUN END DATE: 09/04/2015 11:05 AM
ORDERING FACILITY: LEWIS (GL)                                       EXPIRATION DATE: 07/30/2016 11:05 AM
ORDERING PROVIDER: DANIEL, VIVI S M.D.
MEDICATION STATUS: ACTIVE                                           ENTRY USER: DANIEL, VIVI S M.D.

---

**hydroCHLOROthiazide 25MG TAB**                                    Rx ID: 19061262
1 TABS ORAL DAILY FOR 30 DAYS.                                     REFILLS: 3 / 11
RX DATE: 04/14/2015 02:43 PM          RUN START DATE: 07/13/2015 02:43 PM          RUN END DATE: 08/12/2015 02:43 PM
ORDERING FACILITY: LEWIS (GL)                                       EXPIRATION DATE: 04/08/2016 02:43 PM
ORDERING PROVIDER: DONOHUE, THOMAS A M.D.
MEDICATION STATUS: ACTIVE                                           ENTRY USER: DONOHUE, THOMAS A M.D.

---

**SERTRALINE 100MG TABLET**                                         Rx ID: 19619075
1 TABS ORAL EVERY EVENING FOR 30 DAYS.                            REFILLS: 0 / 11
RX DATE: 08/05/2015 11:06 AM          RUN START DATE: 08/05/2015 11:06 AM          RUN END DATE: 09/04/2015 11:06 AM
ORDERING FACILITY: LEWIS (GL)                                       EXPIRATION DATE: 07/30/2016 11:06 AM
ORDERING PROVIDER: DANIEL, VIVI S M.D.
MEDICATION STATUS: ACTIVE                                           ENTRY USER: DANIEL, VIVI S M.D.

---

**TRIFLUOPERAZINE 10MG TABLET**                                     Rx ID: 19619072
3 TABS ORAL EVERY EVENING FOR 30 DAYS.                            REFILLS: 0 / 11
RX DATE: 08/05/2015 11:06 AM          RUN START DATE: 08/05/2015 11:06 AM          RUN END DATE: 09/04/2015 11:06 AM
ORDERING FACILITY: LEWIS (GL)                                       EXPIRATION DATE: 07/30/2016 11:06 AM
ORDERING PROVIDER: DANIEL, VIVI S M.D.
MEDICATION STATUS: ACTIVE                                           ENTRY USER: DANIEL, VIVI S M.D.

---

TOTAL FOR BRIGGS, DEREK                                                                            5


| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

Offender Name: MR. Derek Briggs   TDCJ #1666858

Unit: Gib Lewis   Housing Assignment: H.S- E- 102

Unit where incident occurred: Gib Lewis

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I'm appealing step 1 disciplinary case 20130189430.

① The Assistant warden is covering up CaptiN Grant because they're both employees of T.D.C.J. and they get along.

② CaptiN Grant tried to go around the fact that I proved in my step "1" that I was placed on suicide watch on 3-3-15 night by nurse Thomas and I was naked when he seen me in P-building befor I was put in a cell. If you check my cases, the one be for this one, you will see that I got A case that night on 3-3-15 because I was mad and didn't want to strip down to nothing while both windows were open. But eventually I did and I got put in Isolation cell naked. The next morning I got my clothes back befor psych seen me. Then later I seen psych, I got taken off suicide watch. So I was called for the night of 3-3-15 case, got found guilty and J-4ed. So I refused to move because of enemies that want to stabb me up, so I told Miss Traler I wasn't moving, she went got CaptiN Grant, L.T. Scott, sgt Vincent and they came in my cell put cuffs on me and excorted excorted me to A.B.C. Pods, on the way I told them that soon as I get in A cell I'M cutting my wrist, they said: Why you gonna do that, I told them why, they made jokes and right at the door to A.B.C. CaptiN Grant said they found A shank on G.H.I. So the talked amongst themselves then said that: We gonna do you a favor. That's your shank they found on G.H.I. today.

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

APR 0 7 2015   Appendix G

Now dont forget I just got off suicide watch. So I aint been to no G.H.I. I spent the night naked in the Line building to later the next morning. I swear to God I was set up because annual shakedown everbody busy and I threatten to cut if I couldn't file A.L.I.D. L.T. Wineagle officar Cowort did somethhing with my step "1"

**Offender Signature:** Derek Brian

**Date:** 3-31-15

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

**Returned because:**   *Resubmit this form when corrections are made.*

☐  1.  **Grievable time period has expired.**

☐  2.  **Illegible/Incomprehensible.***

☐  3.  **Originals not submitted. ***

☐  4.  **Inappropriate/Excessive attachments.***

☐  5.  **Malicious use of vulgar, indecent, or physically threatening language.**

☐  6.  **Inappropriate.***

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
| --- | --- |
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened  ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened  ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened  ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

TO: Briggs, Derek

TDCJ# 1666858

UNIT: GL

FROM: Central Grievance Office

SUBJECT: Improperly Submitted Grievance

Your documents received in this office have been reviewed and a response is indicated below. Contact the warden, major, chief of classification or a security officer for issues you deem as an emergency. If you need additional information or assistance, you may contact the Unit Grievance Investigator at your unit.

☑ This Step 2 appeal cannot be processed without the corresponding original, answered Step 1 grievance. The original, answered Step 1 must be attached to the Step 2 at the time of submission to your Unit Grievance Investigator. Be advised; it is not permissible to mail your grievances to offices outside of your unit for processing. All grievances are to be submitted to your Unit Grievance Investigator. Submitting your grievances incorrectly may result in your grievable time to expire.

☐ These issues have been reviewed at both steps of the grievance procedure. No other administrative remedies are available to you regarding the issue. Further action by this office is not warranted

☐ If you are not satisfied with the response you receive from a Step 1 investigation, you have the option of appealing to Step 2 within 15 days of the signature date on the Step 1 form. Policy requires that all grievances be submitted through your Unit Grievance Investigator.

☐ You may not submit a Step 2 appeal on a Step 1 grievance that was screened using one of the screening criteria, and returned to you unprocessed. You had the option of correcting the screened grievance and resubmitting to the unit grievance investigator within 15 days from the date of the returned grievance. If you feel that your Step 1 grievance has been screened in error, you may submit a new Step 1 grievance to the Unit Grievance Investigator.

☑ Policy requires that all grievances be submitted through your Unit Grievance Investigator within 15 days of the applicable date. It is not permissible to mail your grievances directly to the Central Grievance Office. Submitting your grievances incorrectly may result in your grievable time to expire.

☐ This Step 2 appeal is being returned to you without action; however, the unprocessed Step 1 grievance is under review.

☐ This issue is currently being addressed and is under review at Step 2.

☐ This issue is currently being addressed in grievance # _____. If you are not satisfied with the Step 1 response, at that time you may appeal the Step 1 decision by filing a Step 2 (I-128) through your Unit Grievance Investigator within 15 days of the applicable date.

11/7/14/2014